AO 91 (Rev. 11/11) Criminal Complaint (Rev. by USAO on 3/12/20)     ☐ Original    ☐ Duplicate Original

**LODGED**
CLERK, U.S. DISTRICT COURT

8/15/2025

CENTRAL DISTRICT OF CALIFORNIA
BY: _____asi_____ DEPUTY

**FILED**
CLERK, U.S. DISTRICT COURT

August 15, 2025

CENTRAL DISTRICT OF CALIFORNIA
BY: _____CLD_____ DEPUTY

# UNITED STATES DISTRICT COURT

for the

Central District of California

United States of America,

v.

XAVIER WASHINGTON,

Defendant.

Case No. 2:25-mj-05054-DUTY

## CRIMINAL COMPLAINT BY TELEPHONE
## OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of August 10, 2025, in the county of Los Angeles in the Central District of California, the defendant violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1591(a)(1) | Sex Trafficking of a minor or through Force, Fraud, or Coercion |

This criminal complaint is based on these facts:

*Please see attached affidavit.*

☒ Continued on the attached sheet.

*/s/ Paul W. Cox*
_____
*Complainant's signature*

Paul W. Cox, USAO Special Agent
_____
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: __August 15, 2025__

_____
*Judge's signature*

City and state:  __Los Angeles, California__

Hon. Alka Sagar, U.S. Magistrate Judge
_____
*Printed name and title*

AUSA: M. Raza (x6058)

## AFFIDAVIT

I, Paul W. Cox, being duly sworn, declare and state as follows:

## I. INTRODUCTION

1. I am a Special Agent with the United States Department of Justice, appointed by the Executive Office for United States Attorneys (EOUSA), and have been so employed since September 2024. I am currently assigned to the United States Attorney's Office ("USAO"), Central District of California, Criminal Investigative Division, and I am responsible for conducting federal criminal investigations of a variety of offenses, including violent crimes, human trafficking, complex fraud, and public corruption. I have been employed as a Special Agent since November 2012. Prior to my current position with the USAO, I was employed as a Special Agent with the Food and Drug Administration-Office of Criminal Investigations ("FDA-OCI") Kansas City Field Office as a member of the Cybercrime Investigations Unit. Prior to that, I was a Special Agent with the Department of Health and Human Services-Office of Inspector General ("HHS-OIG") Computer Crimes Unit, stationed at the Centers for Disease Control and Prevention and the HHS Computer Security Incident Response Center, and prior to that, I was a Special Agent with the National Aeronautics and Space Administration-Office of Inspector General ("NASA-OIG") Computer Crimes Division, stationed at the Jet Propulsion Laboratory. I am a graduate of the following training programs: Criminal Investigator Training Program and the Seized Computer Evidence Recovery Specialist Program at the Federal Law Enforcement

1

Training Center (2013), Inspector General Criminal Investigator Academy (2014), HHS Special Agent Basic Training Program (2016), and the FDA-OCI Special Agent Training Program (2018). During my career, I have received specialized training in the investigation of computer crimes, combating the distribution of child pornography, the performance of digital forensics, and investigating the sale of counterfeit, adulterated, and misbranded drugs via the Internet and darknet. Additionally, I have presented training to other federal law enforcement officers in the United States on the topic of cybercrime investigations; and, I have presented on topics related to the investigation of the online sale of counterfeit drugs and combatting the use of the darknet and cryptocurrency to facilitate transnational organized crime to international law enforcement officials at the Interpol Global Complex for Innovation in Singapore and EUROPOL in The Hague. Through the course of my duties, I have conducted numerous investigations into cyber-enabled drug trafficking, the sexual exploitation of minors, and other violations. Through the course of my duties, I have participated in the execution of numerous search warrants.

## II. **PURPOSE OF AFFIDAVIT**

2.   This affidavit is made in support of a criminal complaint against and arrest warrant for Xavier Washington ("WASHINGTON") for a violation of 18 U.S.C. § 1591(a)(1) (Sex Trafficking of a Minor or Through Force, Fraud, or Coercion).

3. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and warrant and does not purport to set forth all my knowledge of or investigation into this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only, and all dates and times are on or about those indicated.

### III. <u>STATEMENT OF PROBABLE CAUSE</u>

4. Based on my review of law enforcement reports, conversations with law enforcement officers from Los Angeles Police Department ("LAPD") and Homeland Security Investigations ("HSI"), and my own knowledge of the investigation, I am aware of the following:

### A. **Recovery of Minor Victim-1 and Arrest of WASHINGTON**

5. On August 12, 2025, the Honorable Alka Sagar, a United States Magistrate Judge in the Central District of California, authorized a search of various locations within the Stadium Inn & Spa located at 10411 S. Vermont Ave. Los Angeles, CA 90044 (the "Stadium Inn"), for evidence of violations of, among other laws, 18 U.S.C. § 1591(a)(2) (Benefitting from Participation in a Venture Engaged in Sex Trafficking). (Case Nos. 2:25-MJ-4953, 2:25-MJ-4954, 2:25-MJ-4955, 2:25-MJ-4956, and 2:25-MJ-4957.)

6. In anticipation of a search warrant execution on August 13, 2025, agents were monitoring a livestream from a pole

camera that had been installed at the Stadium Inn. Early in the morning on August 13, 2025, agents who were reviewing live pole camera footage saw at least two females exit a light-colored Toyota Camry sedan, bearing California license plate 9TQJ611 (the "Camry"). The Camry was parked in the parking lot of the Stadium Inn in front of the row of rooms, including Room 21. The females then entered Room 21. Shortly thereafter, officers announced their presence at the Stadium Inn. Four people exited Room 21, including WASHINGTON (a 36 year-old man), and three young females, believed to be ages 17 (the Minor Victim, "MV"), 19, and 24. Based on conversations with the females, agents learned that MV and the 19-year-old female knew each other from the foster care system and MV stated that she did not know WASHINGTON. Based on my training and experience, sex traffickers often recruit girls from foster care. Considering: (1) the age disparity between WASHINGTON and the females, one of whom is a minor, (2) the fact that MV did not appear to know WASHINGTON,[1] (3) their presence at the Stadium Inn, a location well-known for prostitution, and (4) the time of day, investigators had probable cause to believe that WASHINGTON was engaging in sex trafficking of a minor. Accordingly, investigators arrested WASHINGTON based on probable cause determination that he had violated 18 U.S.C. § 1591(a)(1). Incident to his arrest, law enforcement seized an iPhone 14 bearing serial number J3162RC6J6 from WASHINGTON. That same

---

[1] As further explained below, investigators believe these females did in fact know WASHINGTON and he was their pimp.

4

day, investigators obtained a warrant signed by the Honorable
Alka Sagar, authorizing a search of Room 21 for evidence
relating to his commission of the suspected offense.  (Case No.
2:25-MJ-04970.)

7.    Agents and Officers from the LAPD and HSI and
employees of the Los Angeles Department of Children and Family
Services took custody of MV and her iPhone.  MV consented to a
search of her iPhone and provided the access code.  MV also
participated in an interview with officers from the LAPD South
Bureau Human Trafficking Task Force.

8.    During the interview, MV indicated that she was 17
years old and that WASHINGTON was not her trafficker.

9.    Based on my training and experience, it is common for
victims of sex trafficking to conceal the true identity of their
traffickers for various reasons, including a perceived romantic
relationship with the trafficker and wishing to avoid the
trafficker getting in trouble with law enforcement.  Victims
often fear reprisal from a trafficker if they become aware that
a victim cooperated with law enforcement.

**B.    Review of MV-1's Apple iPhone**

10.    On August 13, 2025, I conducted a forensic extraction
of MV's iPhone, following which I reviewed some of the contents
of this extraction.

11.  Based on a review of the extraction, investigators determined that MV had a contact saved with the name "Papa"[2] and the telephone number +1-310-916-1916 (the "1916 Number").  Based on investigative techniques explained below in subsection C, law enforcement later determined that this number was associated with WASHINGTON's iPhone.  There were approximately 661 text messages between MV and WASHINGTON (using the 1916) between August 9, 2025, at 4:14 p.m. and August 13, 2025, at 04:30 a.m. As explained more fully below, investigators believe the 1916 number is used by WASHINGTON.

12.  The messages between MV and WASHINGTON (using the 1619 Number) are consistent with MV being trafficked by him. Excerpts[3] of relevant messages are as follows:

| Sent Date/Time (UTC) | Sender | Message |
| --- | --- | --- |
| 08/09/25 18:18:34 | WASHINGTON | I don't like jumping into shit, I really believe in proper preparation prevents poor performance |
| 08/09/25 18:18:43 | WASHINGTON | What yall need rn |
| 08/09/25 18:18:54 | WASHINGTON | Like nails fit heels[4] |
| 08/09/25 18:19:05 | WASHINGTON | Or do yall have shit |

---

[2] Based on my training and experience, I am aware that it is common for trafficking victims to refer to their traffickers as male parental figures using terms similar to Papa, such as "Daddy," in order to show deference and fealty to their traffickers.

[3] This is a subset of the communication between MV and the user of the 1619 Number and does not constitute the entirety of this communication.

[4] Based on my training and experience, I believe this message constitutes WASHINGTON asking MV whether she has her nails done and has suitable outfits and footwear for commercial sex work.

| 08/09/25 18:19:13 | WASHINGTON | Not for the fig[5] |
|---|---|---|
| 08/09/25 18:19:17 | WASHINGTON | Trust me |
| 08/09/25 18:20:06 | MV | We got hills and shit we don't got our nails done rn we got our toes tho |
| 08/09/25 18:20:23 | WASHINGTON | Ok and outfits? |
| 08/09/25 18:20:48 | MV | We don't really got any |
| 08/09/25 18:21:06 | WASHINGTON | Ok that's good that's the stuff I need to know |
| 08/09/25 18:21:42 | WASHINGTON | I'm all about communication I rarely ever get mad even at the worse news as long as yall communicate |
| 08/09/25 18:21:51 | WASHINGTON | Just putting that out there |
| 08/09/25 19:03:09 | WASHINGTON | So tell me what a nigga dealing with u should know |
| 08/09/25 19:03:29 | MV | Wym |
| 08/09/25 19:04:44 | WASHINGTON | Like when a nigga deal with u what should he know so he don't bump heads with u or handle u the wrong way |
| 08/09/25 19:17:39 | WASHINGTON | What are your expectations of me? |
| 08/09/25 19:18:54 | MV | Rn I'm tryna get a feel of thing see how it is when we link I'll get a better feel of thing but we just tryna move forward get a car shit like that |
| 08/09/25 19:20:33 | WASHINGTON | I'm real easy to talk to that's like my gift |
| 08/09/25 19:20:38 | MV | I feel you |
| 08/09/25 19:21:00 | WASHINGTON | Other than that run up the bag[6] and stay hungry |
| 08/09/25 | WASHINGTON | Ima keep yall looking good on and off the clock |

[5] Based on my training and experience, I am aware that "fig" refers to "Figueroa Street," which is a location commonly used by sex workers.

[6] Based on my training and experience, I am aware that "bag" is coded language used in the sex trafficking community to refer to money, and I am aware that "run up the bag" is a reference to working to increase the amount of proceeds from commercial sex work.

| | | |
|---|---|---|
| 19:21:30 | | |
| 08/09/25 19:24:19 | MV | Ye we really easy to talk to we know we still young we got shit to learn still we don't know everything so if we do sum wrong or anything like that then we not finna feel any type of way when you correct us we not mad bitchs but if there is a problem we like to work as a team talk to us in private if there's sum yk it's the 3 of us so I don't think anyone should know our business |
| 08/09/25 19:25:57 | WASHINGTON | How long was yall last run with ya last folks[7] |
| 08/09/25 19:26:23 | MV | Like 2 mouths |
| 08/09/25 19:26:36 | WASHINGTON | And he had both of yall? |
| 08/09/25 19:26:44 | MV | Till we seen to much bs and when he hit me for no reason we was done |
| 08/09/25 19:26:54 | WASHINGTON | Loved "Till we seen to much bs and when he hit me for no reason we was done " |
| 08/09/25 19:27:11 | WASHINGTON | I play this game as a non contact sport |
| 08/09/25 19:30:22 | WASHINGTON | I ain't gone lie I'm dumb ass excited only cause I know yall both bad af and I'm not gone drop the bag |
| 08/09/25 19:34:05 | WASHINGTON | So how long u been doin this bae? |
| 08/09/25 19:35:21 | MV | Almost a year |
| 08/09/25 20:09:44 | WASHINGTON | Soon as u turned 18 type shit? |
| 08/09/25 20:10:31 | MV | Well kinda I started underaged |
| 08/09/25 20:10:42 | WASHINGTON | Fa real??? |
| 08/09/25 20:10:53 | MV | Ye |
| 08/09/25 20:11:01 | MV | I grow up in foster care |
| 08/09/25 20:11:13 | MV | So I was on my own but like 14 |
| 08/09/25 | MV 1 | 13 |

---

[7] Based on my training and experience, I am aware that "folks" is coded language used in the sex trafficking community to refer to a commercial sex worker's sex trafficker or pimp.

| | | |
|---|---|---|
| 08/09/25 20:11:16 | | |
| 08/09/25 20:11:22 | WASHINGTON | Who turned u out?[8] |
| 08/09/25 20:11:26 | WASHINGTON | Like when |
| 08/09/25 20:11:42 | MV | When I was 16 my homegirl and her folks |
| 08/09/25 20:11:48 | WASHINGTON | Damn |
| 08/09/25 20:12:19 | MV | Ye |
| 08/09/25 20:12:34 | WASHINGTON | What's the most u touched in one night?[9] |
| 08/09/25 20:12:51 | MV | Like 1500[10] |
| 08/09/25 20:13:23 | MV | But I use to do a lot of scamming and robbing them that's why too |
| 08/09/25 20:13:33 | MV | But like the blade[11] ye 1500 |
| 08/09/25 20:14:38 | WASHINGTON | And u never really played the net[12] |
| 08/09/25 20:14:54 | MV | Ye I did |
| 08/09/25 20:15:05 | WASHINGTON | Oh ok |
| 08/09/25 | WASHINGTON | And u said ya last folks put his hands on u? |

---

[8] Based on my training and experience, I am aware that the phrase "turn out" is used in the sex trafficking community to denote when a trafficker recruits a victim to engage in commercial sex work for the first time.

[9] Based on my training and experience, I am aware that "touched" is used in the sex trafficking community to refer to the amount of money a sex trafficker has made.

[10] Based on my training and experience, I believe MV is telling WASHINGTON that the most she has made in one night is $1,500.

[11] Based on my training and experience, I am aware that the "blade" is a reference to an area where commercial sex workers are concentrated and customers come to purchase commercial sex; one such blade in Los Angeles County would be the Figueroa corridor, which, as explained above, is also referred to as "fig."

[12] Based on my training and experience, I am aware that "play the net" is used in the sex trafficking community to refer to posting ads for commercial sex work on the Internet.

| | | |
|---|---|---|
| 20:15:41 | | |
| 08/09/25 20:23:37 | MV | Ye kinda |
| 08/09/25 20:46:51 | WASHINGTON | Any of yall got id? |
| 08/09/25 20:48:45 | MV | [19 year old] has hers mine was in my phone when it got stolen |
| 08/09/25 20:49:00 | WASHINGTON | That's still perfect |
| 08/09/25 20:49:05 | MV | Ok |
| 08/09/25 20:49:12 | WASHINGTON | We gone fix yours |
| 08/10/25 11:26:35 | WASHINGTON | Yall got most of what yall need ready? |
| 08/10/25 11:26:48 | MV | Ye |
| 08/10/25 11:27:42 | MV | The heels are at our house and hair shit but that's all |
| 08/10/25 11:39:48 | WASHINGTON | Okay yall on Manchester and western rn or that's where yall stuff is |
| 08/10/25 11:41:42 | MV | That's where our stuff is we on Beverly and N Vermont |
| 08/10/25 11:50:49 | WASHINGTON | Ok |
| 08/10/25 12:44:40 | WASHINGTON | Ima start heading that way in one hour exactly |
| 08/10/25 21:16:53 | MV | Car |
| 08/10/25 21:28:50 | MV | He being wierd |
| 08/10/25 21:29:16 | MV | I don't like this he not listing |
| 08/10/25 21:34:13 | WASHINGTON | U ok |
| 08/10/25 21:34:52 | WASHINGTON | ? |
| 08/10/25 21:35:11 | MV | Ye I'm good |
| 08/10/25 21:35:14 | WASHINGTON | Ok |
| 08/10/25 21:55:59 | MV | Coming back |
| 08/10/25 21:56:05 | WAHSINGTON | Ok |

| 08/10/25 22:19:06 | MV | ¥I got a date[13] and we going to the room me and [19 year old] |
|---|---|---|
| 08/10/25 22:21:41 | WASHINGTON | Bet |
| 08/10/25 22:21:47 | MV | Ok |
| 08/10/25 22:21:56 | MV | But the police is hit asf |
| 08/10/25 22:22:34 | WASHINGTON | Kick back for a min |
| 08/10/25 22:22:42 | MV | Okay |
| 08/10/25 22:48:39 | MV | Oh I need more condoms and I have 400 |
| 08/11/25 11:26:55 | WASHINGTON | U know how much longer? It's no rush I'm just asking |
| 08/11/25 11:28:18 | MV | Um I just need my design and [19 year old] almost done with her base |
| 08/11/25 13:51:42 | MV | She almost done like 5 min |
| 8/11/2025 13:56:43 | MV | That's you outside |
| 8/11/2025 13:56:50 | WASHINGTON | Yea |
| 8/11/2025 13:57:04 | MV | Ok she just putting oil |
| 8/11/2025 17:21:13 | MV | I'm dead she said we look like minors |
| 8/11/2025 17:23:45 | MV | Ok I turned 18 2 month ago but we really look that young |
| 8/11/2025 17:23:54 | MV | I didn't think we did |
| 08/11/25 17:24:29 | WASHINGTON | lol she good we was laughing about it rn |
| 08/12/25 00:09:14 | MV | You might have to come get me idk if my regular can take me back |
| 08/12/25 00:09:27 | WASHINGTON | Ok |
| 08/12/25 00:11:06 | WASHINGTON | U at the room alone? |
| 08/12/25 00:13:06 | MV | Ye |

---

[13] Based on my training and experience, I am aware that a "date" is coded language referring to a meeting with a customer to perform a commercial sex act.

| 08/12/25 00:13:25 | MV | I have my regular coming ofter |
|---|---|---|
| 08/12/25 00:32:11 | WASHINGTON | U got a ride back |
| 08/12/25 00:32:35 | MV | He couldn't take me back |
| 08/12/25 01:29:36 | WASHINGTON | U good rn? |
| 08/12/25 09:46:02 | WASHINGTON | Did yall pay for the room again? |
| 08/12/25 09:46:10 | MV | Not yet |
| 08/12/25 09:46:24 | WASHINGTON | Ok I left 180 on the dresser just in case[14] |
| 08/12/25 09:47:42 | MV | Ye I'm good |
| 08/12/25 09:48:34 | WASHINGTON | Ima need u to thug it a lil more on fig...we'll talk about it more in person |
| 08/12/25 09:48:50 | MV | Ok |
| 08/12/25 09:49:13 | WASHINGTON | Either that or we get a room closer to western but I just want yall to get the fig jitters off yall[15] |
| 08/12/25 09:50:43 | WASHINGTON | Can I dress u up today |
| 08/12/25 09:50:55 | WASHINGTON | Like lemme pick ya fit |
| 08/12/25 09:51:32 | MV | Ye you can we be needing help anyway we never know what to wear |
| 08/12/25 21:56:50 | MV | You finna be watching us still |
| 08/12/25 21:57:15 | WASHINGTON | Yes I'm parked rollin up |
| 08/12/25 21:57:28 | MV | Okay you can see us |

[14] Based on my training and experience, I am aware that it is common for sex traffickers to take all of the proceeds of their victims and then pay for items and services necessary to continuing the sex trafficking activity, such as clothes, condoms, and rooms to engage in commercial sex acts.

[15] As previously stated, based on my training and experience, I am aware that the term "fig" refers to the Figueroa Corridor, an area known for commercial sex work. Based on my training and experience, I also am aware that "fig jitters" is a reference to getting MV accustomed to working as a commercial sex working on the Figueroa Corridor.

| 08/12/25 22:04:39 | WASHINGTON | Yo look across the street…where she is standing is where yall need to be standing |
|---|---|---|
| 08/12/25 22:05:13 | WASHINGTON | That way u facing the driver on each side of the street |
| 08/12/25 22:05:20 | WASHINGTON | Trust me |
| 08/12/25 22:56:27 | MV | We going to the room |
| 08/12/25 22:56:40 | WASHINGTON | Ok |
| 08/12/25 22:56:47 | MV | K |
| 08/12/25 23:15:38 | WASHINGTON | U good? |
| 08/12/25 23:16:43 | MV | Ye I'm bout to use the bathroom he finna leave I gotta shit fr |
| 08/13/25 00:09:17 | MV | How much for a whole night idk |
| 08/13/25 00:09:40 | WASHINGTON | 2000 and when they deep sleep just leave and I'll be outside |
| 08/13/25 00:20:59 | MV | We almost at the room but idk if they finna bring me back they saying it too far |
| 08/13/25 00:21:21 | MV | Did you tell them I'm going to the room |
| 08/13/25 00:23:11 | WASHINGTON | It's good |
| 08/13/25 00:23:17 | MV | Ok |
| 08/13/25 00:40:25 | MV | I'm done |
| 08/13/25 00:40:57 | MV | He was mad tho so he left he don't wanna take me back |
| 08/13/25 00:41:15 | WASHINGTON | Ok |
| 08/13/25 00:41:32 | MV | Millie need my hotspot for a little so you good |
| 08/13/25 00:41:40 | MV | I got 220 from him |
| 08/13/25 00:41:50 | WASHINGTON | I'm omw |
| 08/13/25 04:13:37 | MV | I have shit that say what my name is if you need me to show you |

| 08/13/25 04:24:06 | MV |  |
| 8/13/2025 04:24:37 | MV | And me medication in my purse with MY NAME on it if I |
| 8/13/2025 04:24:37 | MV | And me medication in my purse with MY NAME on it if I wanted to lie about it I wouldn't never said anything at all and keep my mouth shut and deny it all I didn't |
| 8/13/2025 04:29:24 | MV | Like what and you keep staring at me like I'm still lieing |
| 8/13/2025 04:29:55 | WASHINGTON | No I'm not ma don't think on it too hard I believe u |
| 8/13/2025 04:30:17 | WASHINGTON | I looked at u like that cause I was gonna lay on your butt and u moved |

13.   In sum, the above communication reflects WASHINGTON recruiting MV for the purposes of commercial sex work, instructing MV about how to engage in commercial sex work (including discussing outfits to wear, locations to attract customers, and the amount of money to charge for commercial sex work), and WASHINGTON's monitoring of MV while she performed commercial sex work.

14.   Based on my training and experience, in spite of MV indicating at one point that she had turned 18 two months ago; the fact that MV previously indicated she had been a commercial sex worker as a minor, specifically, claiming that she had been

_____

[16] This image has been redacted to remove additional identifying information about MV-1, however the birth year of 2008 and age: 17 years remains unredacted.

a commercial sex worker since the age of 16 and had been working for about a year; and later provided medical documentation listing her date of birth and age 17, which did not cause WASHINGTON to react as though he was unaware of her age, reflects that WASHINGTON likely knew that MV was a minor at the time she was engaging in commercial sex work at his direction.

C.     **The SUBJECT DEVICE's connection to the SUBJECT NUMBER**

15.   On August 14, 2025, I received WASHINGTON's iPhone from HSI agents who inventoried it, along with other personal property, following WASHINGTON's arrest, and I placed the device in airplane mode.  At approximately 6:09 p.m., I removed the iPhone from airplane mode and, using a covert telephone number ending in -4329, I contacted the 1619 Number.  Subsequently, the iPhone screen illuminated and indicated an incoming call was coming from the same covert number ending in -4329.

16.   I subsequently placed the iPhone back in airplane mode and, at approximately 4:52 p.m., I attached the iPhone to a mobile forensic tool capable of taking steps to preserve the data on the iPhone, preventing deletion or encryption.  Through this evidence preservation process, a report was generated, identifying information about the device, including the serial number and mobile phone number assigned to the device.  This report reflects that the iPhone seized from WASHINGTON bears the serial number J3162RC6J6 and is assigned the telephone number +13109161916, the 1916 Number.

### D.    TRAINING AND EXPERIENCE ON HUMAN TRAFFICKING INVESTIGATIONS

17.    Those individuals who, through force, intimidation, fraud, enticement, and/or coercion, enlist other individuals to become prostitutes and engage in commercial sex acts, and who profit from the prostitution of others (sex traffickers), are called "pimps."  The "pimp" generally attempts to maintain a group of girls/women who will work as prostitutes for him/her, referred to as their "stable."  The commercial sexual exploitation of an individual who works in the sex industry is commonly referred to as "The Life" or "The Game."  A pimp proudly boasts about a real or illusory lavish lifestyle as a form of recruitment and to maintain status.  The pimp flaunts new and expensive clothing, jewelry, cars, phones, furniture, televisions and gaming systems, food and alcohol, entertainment, travel, large sums of cash, drugs, guns, tattoos, and other valuables to their victims and criminal associates.  It is common for the pimp to make these assertions and exhibit this lifestyle in person, in phone conversations and text messages, and over the internet through various social media websites. Additionally, pimps do not regularly maintain legitimate employment but rather maintain this lifestyle through "unexplained wealth" via a variety of illicit activities including various fraud schemes, drug trafficking, burglaries, and primarily, the proceeds obtained from their victims performing commercial sex acts.

18.   Pimps tend to locate, identify, entice, coerce, recruit, or force their victims into the prostitution lifestyle through several methods.  The act of being recruited into the prostitution lifestyle and successfully caused to conduct commercial sex acts as a prostitute for a pimp, is referred to as being "turned out."  Pimps may use one or a combination of methods to effectively "turn out" a victim:

a.   One common method includes initiating a pseudo-romantic relationship in which the pimp will coerce and/or entice the victim into a romantic or boyfriend/girlfriend relationship.  Once the victim believes the pimp likes him/her and will care for him or her, the victim will usually have sex with the pimp.  This sex act may be consensual (though if the sex is with a minor and the pimp is an adult it will still constitute statutory rape) or a violent rape.  After the pimp has sex with the victim, the pimp explains the victim needs to prostitute for the pimp so that the "couple" has financial security or the ability to purchase desired objects and commodities.

b.   Another common method includes giving false hope to a victim for a chance at a better life and/or job opportunities.  Through fraud and deceit, the pimp lures a victim into a friendly and consensual encounter, or even multiple encounters, under the guise the pimp will care and provide for him/her (commonly referred to as a "sugar daddy") or give/broker employment to the victim.  Subsequently, the pimp changes their demeanor and explains that the victim will

17

actually serve as a prostitute for the pimp.  The pimp may
ultimately assault, intimidate, threaten, rape, or torture the
victim until he/she submits and ultimately prostitutes for the
pimp.

       c.   Another method of initially obtaining and
maintaining a victim as a prostitute, includes kidnap, rape,
torture, physical force, physical abuse, verbal abuse,
psychological abuse, threats and intimidation, and assaults of
other prostitutes in front of a victim.  Similarly, pimps may
impose their status or affiliation with gangs as a form of
control and intimidation and employ gang members for purposes of
threats or actual physical harm, extortion, or robbery of the
victim.

       d.   When a victim is properly "turned-out," it is
common for the victim to experience a dynamic with his/her pimp
that is similar to the cycle of domestic violence, and/or the
Stockholm syndrome victims sometimes experience with their pimp.
Victims often become accustomed to the lifestyle and form a sort
of attachment to, or dependency on, the pimp.  Others may feel
trapped or too helpless to escape.  The concept of the term "in-
pocket" refers to remaining faithful to the pimp and/or
following the rules of "The Game."  In contrast, the term "out-
of-pocket" refers to a prostitute being unfaithful to the pimp
by looking at and/or talking to another pimp or working as a
prostitute for another pimp (referred to as "choosing up"); not
obeying the pimp; not providing the pimp with sufficient
proceeds; or otherwise breaking the rules.

19.    Pimps seek to dominate, control, and manipulate their
victims, and do so through a range of methods involving force,
fraud, or coercion, to include charm and charisma, the allure of
a glamorous lifestyle, deception and false promises, drugs and
alcohol, verbal threats, physical force, and brutal physical and
sexual assaults or torture.  Pimps consider their victims as
their own property and believe that the victim should be
submissive and subservient.  Pimps want their victims to need
and depend on them for survival or become infatuated and
obsessed with them, to maintain power and control over the
victims.  Pimps view their victims as a source of income, a
business commodity, and as something disposable and replaceable.

20.    Some juveniles are brought into the prostitution
lifestyle as early as age 12-14.  Juvenile prostitutes are
commonly runaways and/or come from troubled homes and foster
homes.  Juveniles have also been recruited from schools, gangs,
and the Internet.  Most juveniles involved in prostitution have
pimps who can engage in certain activities, such as booking
hotel/motel rooms, that a minor may not be able to do on his or
her own.  Many juveniles are lured into the lifestyle or
initially begin a consensual, romantic, dating relationship with
the pimp, who then turns them into a prostitute.  Individuals
who pimp minor prostitution victims sometimes produce, collect,
and/or possess digital images/videos of those victims in the
form of child pornography.

21.    The most prevalent means by which pimps utilize their
victims as prostitutes are (1) through street prostitution along

19

portions of streets commonly known for high volume prostitution activity, referred to as "the track" or "the blade;" (2) appointments made with or for the victim to engage in commercial sex acts at a hotel/motel, referred to as "in-calls" and "out-calls;" and (3) posting advertisements for dating, "escort" and "massage" services online.  Several common "tracks" exist in and around the Los Angeles-area, including Figueroa Street and Western Avenue in South Los Angeles, Sepulveda Boulevard in the San Fernando Valley, and Long Beach Boulevard in Compton. Additionally, the cities of Palmdale, Long Beach, Pomona, and Anaheim are other common locations around the Los Angeles-area for prostitution/human trafficking activity.  Pimps commonly require victims to work long hours in austere conditions and perform commercial sex acts with complete strangers.

22.  The term "daddy" is commonly used by prostitutes when referring to their pimp.  The pimp's cellular telephone number is often programmed as "daddy" in the prostitute's cellular telephone.  Pimps frequently refer to prostitutes as "bitches" and/or "hoes."  The term "folks/family" also refers to the pimp that a victim works for and other prostitutes in "the stable." A more senior prostitute in the stable that the pimp has serving as a pseudo-supervisor is referred to as the "bottom" or "bottom-bitch."  Pimps are known to have a high turnover rate of prostitutes and, generally, seek to increase the size of their "stable."   The term "date" or "trick" is street vernacular for a prostitute engaging in a commercial sex act with a paying customer, also known as a "trick" or "john."

23.   Pimps generally receive all the proceeds that the victim receives for performing his/her commercial sex acts. Furthermore, it is common for pimps to wait in the vicinity of where their victims are performing commercial sex acts in order to provide "protection" for them should the customer become violent with the victim or not pay for the sexual services; to transport her to/from their housing, next "date," or other locations; to resupply the victim with condoms or miscellaneous items; and to collect the proceeds they earn from their commercial sex acts.  Many victims are required to return to the pimp after each "date" in order to provide the pimp with their proceeds, and some may make electronic payments to the pimp for the above types of services completed or arranged for by the pimp as well as for any fees or proceeds due to the pimp.

24.   Pimps facilitate prostitution by transporting and/or causing the transportation of the prostitutes to locations where the prostitution occurs, such as "the tracks" and motels/hotels. The pimps, at times, transport prostitutes across state lines for the purpose of prostitution.  Prostitutes and/or pimps often stay in motels/hotels for the purposes of conducting prostitution activities locally and when they travel.  Often, the pimps rent or register the hotel rooms on behalf of their prostitutes.  The pimps utilize the proceeds earned during acts of prostitution to purchase food, lodging, clothing, and other items for themselves and their prostitutes.

## IV. <u>CONCLUSION</u>

25.  For all the reasons described above, there is probable cause to believe that WASHINGTON violated 18 U.S.C. § 1591(a)(1) (Sex Trafficking of a Minor or through Force, Fraud, or Coercion).


Attested to by the applicant in
accordance with the requirements
of Fed. R. Crim. P. 4.1 by
telephone on this 15th day of
August, 2025


_____
THE HONORABLE ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE